No. 05-24-00088-CV

## IN THE COURT OF APPEALS
## FIFTH DISTRICT OF TEXAS AT DALLAS

EDWIN KIHORE

*Appellant,*

v.

## HILLCREST GROUP, LLC.

## SENECA FALLS LLC

*Appellees*

On Appeal from Cause No. 115861-86
86th Judicial District, Kaufman County, Texas

## APPELLANT'S MOTION TO REINSTATE ABATED CASE.

TO THE HONORABLE COURT:

Appellant EDWIN KIHORE files this Motion to reinstate this case pursuant

to 8.0 Texas Rule of Appellate procedure. In support Appellant would show the

court the following:

I.      On February 1, 2024, this Court issued an Order to abate appellant

appeal on the grounds that appellant has a pending bankruptcy case.

II.     On 8/22/____ , 2023 the Northern District of Texas Bankruptcy

Court issued an order vacating the automatic stay with respect to appellant's residential property located at 2319 Julia Lane, Forney Texas 75126.

III. Appellants' appeal was on the Order dissolving TRO regarding the said Property when appellees failed to appear at the injunction hearing after proper notice have been served.

IV. On **2/7/**, 2024 appellant's bankruptcy attorney wrote to this Court stating that the subject property is no longer part of the bankruptcy proceedings.

V. Tex. R. App. 8.3 (a) provides that a party may move the court to reinstate if the bankruptcy court has lifted or terminated the stay.

WHEREFORE, PREMISES CONSIDERED, appellant prays that this cause be reinstated on the docket, and for such other and further relief to which appellant may be justly entitled.

Respectfully submitted,

By: _____

Edwin Kihore

Email: _ekihore@gmail.com_

Address: _2319 Julia Ln_
_Forney Tx 75126_

Tel: _214-429-1533_

PRO SE.

## CERTIFICATE OF SERVICE

I certify that on February 21, 2024 a true and correct copy of Motion for Reinstatement Abate case was served to each person listed below by the method indicated.

_Ekihore_

Edwin Kihore
E-mail: Ekihore@gmail.com

T. MICHAEL NEVILLE
Attorney for Seneca Falls LLC & Hillcrest Group LLC
26314 Wedgewood Park Lane
Cypress, Texas 77433
TEL: (713-880-8084



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 22, 2023**

United States Bankruptcy Judge

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| EDWIN MAGORI KIHORE | § | CASE NO. 23-31209-sgj13 |
| | § | |
| Debtor | § | CHAPTER 13 |

### AGREED ORDER GRANTING MOTION TO LIFT STAY (DOC 32)

Before the Court came on for preliminary hearing the Motion to Lift Stay of Seneca Falls, LLC, and Hillcrest Group, LLC (Doc 32). Counsel for Edwin Magori Kihore, Debtor, and for Seneca Falls, LLC, and Hillcrest Group, LLC, Movants, appeared and announced to the Court that they had reached agreement on the motion and requested entry of this their proposed agreed order. The Court finds that no response to the motion was filed by any person other than Debtor, that the motion was served in compliance with L. B. R. 4001-1(a), and that the agreed order should be entered. It is, therefore

Agreed Ordering Granting Motion to Lift Stay (Doc 32)    Page 1 of 2

ORDERED that the motion to lift stay is granted to allow Movants to pursue any state law remedy to obtain possession of 2319 Julia Lane, Forney, Kaufman County, Texas 75126, including but not limited to forcible detainer against Debtor and all other occupants. It is further ordered that this order will take effect, and the stay will be lifted, at 6:00 o'clock a.m. on September 1, 2023.

AGREED TO:

T. Michael Neville
T. Michael Neville, P.C.
Texas Bar No. 14935500
Proc Hac Vice
26314 Wedgewood Park Lane
Cypress, Texas 77433
Email: mneville@tmnpc.com
Tel. (713) 880-8050/Fax: (713) 880-8048

ATTORNEY FOR SENECA FALLS, LLC, AND HILLCREST GROUP, LLC, MOVANTS

AGREED TO:

Marcus Leinart
Leinart Law Firm
Texas Bar No. 00794156
10670 N. Central Expressway, Suite 320
Dallas, Texas 75231-2173
Email: marcus@leinartlaw.com
Tel. (469) 232-3328

ATTORNEY FOR EDWIN MAGORI KIHORE, DEBTOR

# Leinart Law Firm

www.texasdebtfree.com
10670 N. Central Expressway, Suite 320
Dallas, Texas 75231
469.232.3328 Dallas
817.426.3328 Ft Worth
214.221.1755 Fax

**RECEIVED**
Court of Appeals

FEB 08 2024

Ruben Morin
Clerk, 5th District

February 7, 2024

Chief Justice Robert D Burns, III
Fifth Court of Appeals
600 Commerce Street, Ste 200
Dallas, TX 75202

Re: Edwin Magori Kihore
Bankruptcy Case No. 23-31209-SGJ-13

To Chief Justice Robert D Burns, III:

Please be advised the above-named debtors have retained our firm to represent them in a Chapter 13 Bankruptcy. This case was filed 6/9/2023 and has been issued the above-referenced case number. The case is active and in good standing with the Chapter 13 Trustee. In regards to the creditor Hillcrest Group, LLC the Bankruptcy Stay was lifted on August 22, 2023 and is no longer considered part of this bankruptcy case.

Please contact our office with any questions or concerns.

With kindest regards,

**/s/Marcus Leinart**

Marcus Leinart
Attorney at Law
Bar no. 00794156

CC:
Edwin Magori Kihore
2319 Julia Ln
Forney, TX 75126